UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:22-cv-02836-WFJ-AAS

WILLIAM AUGSBURGER,

        Plaintiff,

v.

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

        Defendant.
_____/

## NOTICE OF SETTLEMENT
## AND REQUEST FOR ADMINISTRATIVE CLOSURE

Plaintiff, WILLIAM AUGSBURGER, pursuant to Local Rule 3.08, hereby informs the Court that the parties have reached an amicable settlement of this civil case in its entirety. Plaintiff asks the Court to administratively close this matter, subject to the right of any party to move the Court within 60 days for the entry of a stipulated form of dismissal with prejudice or, on good cause shown, to reopen the case for further proceedings. The effectiveness of this agreement is conditioned on the district court's entry of an Order retaining jurisdiction.

The undersigned Plaintiff counsel has conferred with counsel for Defendant with respect to this Notice of Settlement. The undersigned Plaintiff counsel has been authorized to submit this

Notice in order to alert the Court as soon as practicable.

Dated: May 23, 2023
/s/ Nick A. Ortiz

Nick A. Ortiz, Esq.
FL Bar No.: 12699
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
(850) 308-7833 (T)
(850) 208-3613 (F)
nick@nickortizlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Steve Lehner (slehner@hinshawlaw.com) this 23rd day of May, 2023 via the Court's CM/ECF electronic service system.

/s/ Nick A. Ortiz
Nick A. Ortiz, Esq.
FL Bar No.: 12699
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
(850) 308-7833 (T)
(850) 208-3613 (F)
nick@nickortizlaw.com
Attorney for Plaintiff