UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM D. AUGSBURGER,

    Plaintiff,

vs.

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

    Defendant

                             /

Case No. 8:22-cv-02836-WFJ-AAS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and Defendant, by and through their undersigned attorneys, and hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own fees and costs.

DATED this ___28th___ day of June 2023:

| ORTIZ LAW FIRM | HINSHAW & CULBERTSON, LLP |
|---|---|
| /s/ Nick A. Ortiz | s/Steven D. Lehner |
| Nick A. Ortiz, Esq. | Steven D. Lehner, Esq. |
| Florida Bar No.: 12699 | Florida Bar No. 0039373 |
| 316 S. Baylen St., Ste. 590 | 100 South Ashly Drive, Suite 500 |
| Pensacola, FL 32502 | Tampa, FL 33602 |
| nick@ortizlawfirm.com | slehner@hinshawlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

1057447\313951394.v1